598 A.2d 871

STATE OF NEW JERSEY v. NATHANIEL BOYER.

April 9, 1991.

Petition for certification granted, and the matter is summarily remanded to the trial court for resentencing in the light of *State v. Gonzalez*, 123 *N.J.* 462, 588 *A.*2d 816 (1991).

Jurisdiction is not retained.

598 A.2d 871

STATE OF NEW JERSEY v. KENNETH FLAGG.

April 9, 1991.

Petition for certification granted, and the matter is summarily remanded to the trial court for resentencing in the light of *State v. Gonzalez*, 123 *N.J.* 462, 588 *A.*2d 816 (1991).

Jurisdiction is not retained.

598 A.2d 871

STATE OF NEW JERSEY v. KENNETH WRENN.

April 9, 1991.

Petition for certification granted, and the matter is summarily remanded to the trial court for resentencing in the light of *State v. Gonzalez*, 123 *N.J.* 462, 588 *A.*2d 816 (1991).

Jurisdiction is not retained.